UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re:

    HUI JUN WANG,

                    Debtor.

------------------------------------- X

Chapter 13
Case No. 13-13827 (SHL)

Honorable Sean H. Lane

## ORDER GRANTING STOUT STREET FUND I, L.P.'S MOTION FOR RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC* TO ALLOW FORECLOSURE SALE OF REAL PROPERTY

This matter having been heard on Stout Street Fund I, L.P.'s, *Motion for Relief from Automatic Stay Nunc Pro Tunc to Allow Foreclosure Sale of Real Property* (the "Motion"); and the Court having read and considered the Motion, the Exhibits and any Objections thereto, and the arguments of counsel; and the Court having considered the legal and factual bases set forth in the Motion and related documents:

IT IS HEREBY ORDERED THAT:

1)      The Motion is GRANTED to the extent set forth below;

2)      Pursuant to Sections 362(d) and 105(a) of the Bankruptcy Code, the automatic stay is hereby annulled as to any interest of the Debtor in that certain real property located at 2117 Clinton Avenue, Bronx, New York that is the subject of the Motion (the "Property").

3)      This Order shall be retroactively effective as of November 25, 2013 at the moment Debtor's bankruptcy petition was filed.

_____
UNITED STATES BANKRUPTCY JUDGE

LEGAL28707805.1