# **<u>EXHIBIT F</u>**

Loan Number: 100315000

# OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF   Nassau         )

BEFORE ME, the undersigned authority duly authorized to take acknowledgments and administer oaths, personally appeared
HUI JUN WANG

(the "Borrower"),

who upon being duly sworn on oath, certified as follows:

1. **Material Inducement:** Borrower understands and agrees that the statements contained herein are given as a material inducement to STOUT STREET FUNDING, LLC

   (the "Lender"),
   and Lender is relying upon such statements, to make a mortgage loan (the "Loan") to Borrower, repayment of which is secured by a Mortgage, Deed of Trust, Security Deed or other instrument of security (the "Security Instrument") on certain real property located at 2117 CLINTON AVENUE, NEW YORK, NEW YORK 10457

   (the "Property").

2. **Occupancy:** [check one box only]

   ☐ **Principal Residence.** Borrower either currently occupies and uses the Property as Borrower's principal residence, or Borrower will occupy and use the Property as Borrower's principal residence within 60 days after Borrower signs the Security Instrument. Borrower will continue to occupy and use the Property as Borrower's principal residence for at least one (1) year from the date that Borrower first occupies the Property. However, Borrower will not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if Lender agrees in writing that Borrower does not have to do so. Lender may not refuse to agree unless the refusal is reasonable. Borrower will also not have to occupy and use the Property as Borrower's principal residence within the time frames set forth above if extenuating circumstances exist which are beyond Borrower's control.

   ☐ **Second Home.** Borrower will occupy, and will use, the Property as Borrower's second home. Borrower will keep the Property available for Borrower's exclusive use and enjoyment at all times, and will not subject the Property to any timesharing or other shared ownership arrangement or to any rental pool or agreement that requires Borrower either to rent the Property or give a management firm or any other person any control over the occupancy or use of the Property.

   ☒ **Investment.** The Property is owned and held by Borrower as an investment property. Borrower does not now occupy or use the property, and has no present intention to occupy or use the Property in the future, either as Borrower's principal residence or second home. Borrower now occupies and uses other property or properties as Borrower's principal residence and/or second home.

3. **Financial Status:** Borrower understands that Lender is making the Loan based upon statements and representations contained in, or made in connection with, the residential mortgage loan application given by Borrower to Lender (the "Loan Application"). Borrower hereby certifies that the information provided by Borrower contained in, or made in connection with, the Loan Application related to Borrower's financial status (such as Borrower's employment, income, available cash, debts, expenses, credit obligations, and the like), has not changed significantly and that the such information accurately reflects Borrower's current financial status. Borrower certifies further that Borrower has not received a layoff notice or otherwise have knowledge of a pending layoff, and Borrower, to the best of Borrower's knowledge and belief, is unaware of any events or circumstances in the foreseeable future that would impair or have an

OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT
OFSA.MSC 04/20/10                         Page 1 of 2             DocMagic eForms 800-649-1362
                                                                  www.docmagic.com

adverse effect on Borrower's ability to fulfill Borrower's Loan obligations, including, but not limited to Borrower's obligation to make required periodic payments.

4. **False, Misleading or Inaccurate Statements:** Borrower understands that Borrower will be in default under the terms of the Security Instrument if, during the application process for the Loan, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan, including, but not limited to, representations concerning Borrower's occupancy of the Property and Borrower's financial status. Borrower understands further that any intentional or negligent misrepresentation(s) of the information contained in, or made in connection with, the Loan Application may result in severe civil and/or criminal penalties, including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation(s) which Borrower has made on or in connection with the Loan Application.

18 MS REALTY, INC.

X _[signature] as Pres.d.t  5-17-10_____     _____
Borrower HUI JUN WANG              Date            Borrower                        Date


_____     _____
Borrower                    Date            Borrower                        Date


_____     _____
Borrower                    Date            Borrower                        Date


Subscribed and sworn to before me this 17th day of    MAY, 2010

                                           _[signature]_____
                                                        (Notary Public)

TONI MARIE COMANDO
NOTARY PUBLIC, State of New York
No. 01CO6042470
Qualified in Nassau County
Commission Expires May 30, 20_10_

*(Notary Seal)*

OCCUPANCY AND FINANCIAL STATUS AFFIDAVIT
OFSA.MSC 04/20/10                     Page 2 of 2                    DocMagic eForms 800-649-1362
                                                                     www.docmagic.com