# **<u>EXHIBIT G</u>**

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2010060200254001001EF609 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 4 |
|---|---|---|
| **Document ID:** 2010060200254001 | Document Date: 05-17-2010 | Preparation Date: 06-02-2010 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| C & G LAND ABSTRACT P/U-KAREN LEVINE<br>FIDELITY NATIONAL TITLE INS. CO.<br>21 WALT WHITMAN ROAD<br>HUNTINGTON STATION, NY 11746<br>CG-80675B | MICHAEL C. DUNN, ESQ.<br>CARLINSKY, DUNN & PASQUARIELLO, PLLC<br>8 DUFFY AVENUE<br>HICKSVILLE, NY 11801 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3096 | 63 | Entire Lot | 2117 CLINTON AVENUE |

**Property Type:** DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2009000307633

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE<br>C/O BAC HOME LOANS SERVICING LP, 400 COUNTRYWIDE WAY<br>SIMI VALLEY, CA 93065 | 18 MS REALTY INC.<br>2117 CLINTON AVENUE<br>BRONX, NY 10457 |

### FEES AND TAXES

| Mortgage | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 2,266.29 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 908.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    06-08-2010 16:30
City Register File No.(CRFN):
2010000190585

*City Register Official Signature*

CG-806758

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

Delivery Date May 17, 2010

THIS INDENTURE, made the 6th day of May, 2010

B. 3096
B. 63
L.

BETWEEN

Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3, c/o BAC Home Loans Servicing LP, A Subsidiary of Bank of America, N.A., having an office address at 400 Countrywide Way, Simi Valley, California 93065

party of the first part, and

18 MS Realty Inc., having an address at 2117 Clinton Avenue, Bronx, New York 10457

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Schedule "A" annexed hereto and made a part hereof.
Premises being known as: 2117 Clinton Avenue, Bronx, New York 10457

"Being the same premises described in deed dated 1-28-09 recorded 3-12-09 in CRFN # 2009000071136"

"This conveyance has been made in the regular course of business"

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

Roseanne Silvestro, Assistant Secretary

Deutsche Bank National Trust Company, as Trustee
By: BAC Home Loans Servicing LP
   * Formally known as Countrywide Home Loans Servicing LP

By: _____
Susan Bellfield, Assistant Secretary
P.O.A. Rec. on 9-23-2009 in dated 2/6/09
CRFN# 2009000307633 Kings Cty.

Standard N.Y B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
Form 3290

# C & G LAND ABSTRACT, LLC.

## Title No. CG-80675B

## SCHEDULE A

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Bronx, City and State of New York, more particularly bounded and described as follows:

BEGINNING at a point on the Westerly side of Clinton Avenue distant 94.50 feet Southerly from the corner formed by the intersection of the Southerly side of East 181st Street with the Westerly side of Clinton Avenue;

RUNNING THENCE Westerly and parallel with 181st Street, 41.06 feet;

THENCE Southerly and parallel with Clinton Avenue, 5.50 feet;

THENCE Westerly and parallel with 181st Street, 50 feet;

THENCE Southerly and parallel with Clinton Avenue, 15.96 feet;

THENCE Easterly and again parallel with 181st Street and part of the way through a party wall 91.06 feet to the Westerly side of Clinton Avenue;

THENCE Northerly along the Westerly side of Clinton Avenue, 21.46 feet to the point or place or BEGINNING.

FOR CONVEYANCING ONLY

The policy to be issued under this report will insure the title to such buildings and improvements erected on the premises which by law constitute real property.

TOGETHER with all the right, title and interest of the party of the first part, of, in and to the land lying in the street in front of and adjoining said premises.

### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

State of New York, County of          ss:          State of New York, County of          ss:

On the    day of          in the year          On the    day of          in the year
before me, the undersigned, personally appeared          before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____          _____
(signature and office of individual taking acknowledgment)    (signature and office of individual taking acknowledgment)


### TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE

State (or District of Columbia, Territory, or Foreign Country) of Arizona          ss

On the 6th day of May in the year 2010 before me, the undersigned, personally appeared Susan Bellfield personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of

Maricopa                                        in the State of Arizona
(insert the City or other political subdivision)   (and insert the State or Country or other place the acknowledgment was taken)

_____
(signature and office of individual taking acknowledgment)
Monica Maldonado, Notary
Exp: April 15, 2011

**OFFICIAL SEAL**
MONICA MALDONADO
Notary Public - State of Arizona
PINAL COUNTY
My Comm. Expires Apr. 15, 2011

SECTION
BLOCK 3098
LOT 63
DISTRICT
COUNTY Bronx
STREET ADDRESS 2117 Clinton Avenue, Bronx, New York 10457

**BARGAIN AND SALE DEED**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. CG-80675B

Deutsche Bank National Trust Company, as Trustee
TO
18 MS Realty Inc.

Recorded at Request of
COMMONWEALTH LAND TITLE INSURANCE COMPANY

RETURN BY MAIL TO:

Michael C. Dunn, Esq.
Carlinsky, Dunn & Pasquariello, PLLC
8 Duffy Avenue
Hicksville, New York 11801

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
**Commonwealth**
A LANDAMERICA COMPANY
COMMONWEALTH LAND TITLE INSURANCE COMPANY

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

2010060200254001001S3888

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|
| **Document ID:** 2010060200254001    Document Date: 05-17-2010    Preparation Date: 06-02-2010 | |
| Document Type: DEED | |

**ASSOCIATED TAX FORM ID:** 2010060200041

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

# REAL PROPERTY TRANSFER REPORT
## STATE OF NEW YORK
## STATE BOARD OF REAL PROPERTY SERVICES
# RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded __/__/__ (Month/Day/Year)
- C3. Book OR
- C4. Page
- C5. CRFN

## PROPERTY INFORMATION

**1. Property Location:** 2117 CLINTON AVENUE, BRONX, 10457
(STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

**2. Buyer Name:** 18 MS REALTY INC.
(LAST NAME / COMPANY — FIRST NAME)

**3. Tax Billing Address:** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed:** 1 # of Parcels OR ☐ Part of a Parcel

- 4A. Planning Board Approval - N/A for NYC
- 4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size:** ___ FRONT FEET x ___ DEPTH OR ___ ACRES

Check the boxes below as they apply:
- 6. Ownership Type is Condominium ☐
- 7. New Construction on Vacant Land ☐

**8. Seller Name:** DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
- A ☐ One Family Residential
- B ☑ 2 or 3 Family Residential
- C ☐ Residential Vacant Land
- D ☐ Non-Residential Vacant Land
- E ☐ Commercial
- F ☐ Apartment
- G ☐ Entertainment / Amusement
- H ☐ Community Service
- I ☐ Industrial
- J ☐ Public Service

## SALE INFORMATION

**10. Sale Contract Date:** 4 / 30 / 2010

**11. Date of Sale / Transfer:** 5 / 17 / 2010

**12. Full Sale Price:** $ 2,26,629

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale:** ___

**14. Check one or more of these conditions as applicable to transfer:**
- A ☐ Sale Between Relatives or Former Relatives
- B ☐ Sale Between Related Companies or Partners in Business
- C ☐ One of the Buyers is also a Seller
- D ☐ Buyer or Seller is Government Agency or Lending Institution
- E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
- F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
- G ☐ Significant Change in Property Between Taxable Status and Sale Dates
- H ☐ Sale of Business is Included in Sale Price
- I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
- J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class:** C 0

**16. Total Assessed Value (of all parcels in transfer):** 10,760

**17. Borough, Block and Lot / Roll Identifier(s):** BRONX 3096 63

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
- BUYER SIGNATURE: [signature]
- DATE: 5-17-10
- STREET NUMBER / STREET NAME (AFTER SALE): 2117 Clinton Ave
- CITY OR TOWN: Bronx
- STATE: NY
- ZIP CODE: 10457

**BUYER'S ATTORNEY**
- LAST NAME: Dunn
- FIRST NAME: Michael
- AREA CODE: 516
- TELEPHONE NUMBER: 622-0099

**SELLER**
- SELLER SIGNATURE: [signature]
- DATE: 17 May 10

2010051400359201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | | | |
|---|---|---|---|---|---|
| [signature] | **BUYER** | 5/17/10 | | **BUYER'S ATTORNEY** | |
| BUYER SIGNATURE | | DATE | LAST NAME | | FIRST NAME |
| | | | 516 | 622-0099 | |
| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
| | | | | **SELLER** [signature] | 5/17/10 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | | DATE |

2010051400350201

## REAL PROPERTY TRANSFER REPORT
### STATE OF NEW YORK
### STATE BOARD OF REAL PROPERTY SERVICES
### RP - 5217NYC
(Rev 11/2002)

**FOR CITY USE ONLY**
- C1. County Code: [ ]
- C2. Date Deed Recorded: __/__/__ (Month/Day/Year)
- C3. Book: [ ]
- C4. Page: [ ]
- OR
- C5. CRFN: [ ]

**PROPERTY INFORMATION**

1. Property Location: 2117 CLINTON AVENUE, BRONX, 10457
   (Street Number / Street Name / Borough / Zip Code)

2. Buyer Name: 18 MS REALTY INC.
   (Last Name / Company / First Name)

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1 # of Parcels OR [ ] Part of a Parcel

   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC

   Check the boxes below as they apply:
   - 6. Ownership Type is Condominium [ ]
   - 7. New Construction on Vacant Land [ ]

5. Deed Property Size: ___ FRONT FEET X ___ DEPTH OR ___ ACRES

8. Seller Name: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
   (Last Name / Company / First Name)

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A [ ] One Family Residential
   - B [✓] 2 or 3 Family Residential
   - C [ ] Residential Vacant Land
   - D [ ] Non-Residential Vacant Land
   - E [ ] Commercial
   - F [ ] Apartment
   - G [ ] Entertainment / Amusement
   - H [ ] Community Service
   - I [ ] Industrial
   - J [ ] Public Service

**SALE INFORMATION**

10. Sale Contract Date: 4 / 30 / 2010

11. Date of Sale / Transfer: 5 / 17 / 2010

12. Full Sale Price $ 2,2,6,6,2,9
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: ___

14. Check one or more of these conditions as applicable to transfer:
    - A [ ] Sale Between Relatives or Former Relatives
    - B [ ] Sale Between Related Companies or Partners in Business
    - C [ ] One of the Buyers is also a Seller
    - D [ ] Buyer or Seller is Government Agency or Lending Institution
    - E [ ] Deed Type not Warranty or Bargain and Sale (Specify Below)
    - F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
    - G [ ] Significant Change in Property Between Taxable Status and Sale Dates
    - H [ ] Sale of Business is Included in Sale Price
    - I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
    - J [✓] None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: C 0
16. Total Assessed Value (of all parcels in transfer): 10,760
17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s)):
    BRONX 3096 63

**CERTIFICATION** - I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**
- Buyer Signature / Date
- Street Number / Street Name (After Sale)
- City or Town / State / Zip Code

**BUYER'S ATTORNEY**
- Last Name / First Name
- Area Code: 516 / Telephone Number: 622-0099

**SELLER**
- Seller Signature / Date

2010060200041201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

| BUYER | | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| BUYER SIGNATURE | DATE | LAST NAME | | FIRST NAME |
| | | 516 | 622-0099 | |
| STREET NUMBER   STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
| | | | SELLER | |
| CITY OR TOWN | STATE   ZIP CODE | SELLER SIGNATURE | | DATE |

2010060200041201



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

# Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: BRONX          BLOCK: 3096       LOT: 63

(2) Property Address: 2117 CLINTON AVENUE, BRONX, NY 10457

(3) Owner's Name:     18 MS REALTY INC.

   Additional Name:

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:
**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address.** DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____         5/17/2010
                                                  Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS  REV. 8/08

2010051400359101



The City of New York
**Department of Environmental Protection**
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1)  Property receiving service: BOROUGH: BRONX          BLOCK: 3096          LOT: 63

(2)  Property Address: 2117 CLINTON AVENUE, BRONX, NY 10457

(3)  Owner's Name:     18 MS REALTY INC.

     Additional Name:

## Affirmation:

☑ Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

BCS-7CRF-ACRIS REV. 8/08

2

2010060200041101