UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

In re:

   HUI JUN WANG,

                       Debtor.

Chapter 13
Case No. 13-13827 (SHL)

Honorable Sean H. Lane

Rule 4001-1 Form

------------------------------------ X

## RELIEF FROM STAY — REAL ESTATE AND COOPERATIVE APARTMENTS

I, **KEN GLICKSTEIN**, VICE-PRESIDENT AND CHIEF COMPLIANCE OFFICER OF BRADDOCK FINANCIAL CORPORATION, MANAGER FOR STOUT STREET FUND I GP, LLC, IN ITS CAPACITY AS GENERAL PARTNER OF STOUT STREET FUND I, LP (HEREINAFTER, "MOVANT"), HEREBY DECLARE:

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: _____2117 CLINTON AVE, BRONX, NY_____

2. LENDER NAME: _____STOUT STREET FUND I, L.P._____

3. DATE OF MORTGAGE: 05/17/2010

4. POST PETITION PAYMENT ADDRESS: 1200 17TH STREET, SUITE 880, DENVER, CO 80202

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR TO MOVANT AT THE TIME OF FILING THE MOTION: $304,824.16.

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $ 290,000 .

7. SOURCE OF ESTIMATED VALUATION: _____FORECLOSURE SALE_____

## STATUS OF DEBT AS OF THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR TO MOVANT AS OF PETITION FILING DATE: $289,054.97.

 A. AMOUNT OF PRINCIPAL: $178,800.00.

 B. AMOUNT OF INTEREST: $75,109.58.

 C. AMOUNT OF ESCROW: $_____.

 D. AMOUNT OF FORCED PLACE INSURANCE EXPENDED BY MOVANT: $2,944.91.

 E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR PRE-PETITION: $6,265.00 (per Foreclosure Judgment).

 F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR: $8,940.00

9. CONTRACTUAL INTEREST RATE: 15.00%

10. N/A

## AMOUNT OF ALLEGED POST-PETITION DEFAULT
## (AS OF 12/3/2013)

11. DATE LAST PAYMENT WAS RECEIVED: N/A Loan Matured in 2010. No payment received since.

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION THROUGH 12/3/2013: _____

13. PAYMENTS ALLEGED TO BE IN DEFAULT: N/A

14. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR FOR PREPARATION, FILING, AND PROSECUTION OF THIS MOTION: $ 5,000 (estimate).

15. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $ 0 .

16. AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: $ N/A

17. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: $ N/A

6

LEGAL28620353.3

18. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $ N/A

19. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE:$ N/A.

20. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC.: $ N/A

## CERTIFICATION FOR BUSINESS RECORDS

I CERTIFY THAT THE INFORMATION PROVIDED IN THIS FORM AND/OR ANY EXHIBITS ATTACHED TO THIS FORM [REFERENCE OMITTED] IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THE AFFIDAVIT ABOVE ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS. I FURTHER CERTIFY THAT THE ORIGINAL DOCUMENTS ARE IN MOVANT'S POSSESSION.

*(signature page follows)*

LEGAL28620353.3

## DECLARATION

I, KEN GLICKSTEIN, VICE-PRESIDENT AND CHIEF COMPLIANCE OFFICER OF BRADDOCK FINANCIAL CORPORATION HEREBY DECLARE PURSUANT TO 28 U.S.C. §1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS. EXECUTED AT DENVER, COLORADO ON THIS _ DAY OF DECEMBER, 2013.

_____

KEN GLICKSTEIN
Vice-President and Chief Compliance Officer
Braddock Financial Corporation, as Manager for
Stout Street Fund I GP, LLC, General Partner of
Stout Street Fund I, LP,
1200 17th Street, Suite 880
Denver, CO 80202