Settlement Date: February 13th, 2014
Time:  12:00 Noon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                    Chapter 13
                                                          Case No. 13-13827 ALG

**HUI JUN WANG,**
                                                          **NOTICE OF SETTLEMENT**

                                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**FAILURE TO RESPOND MAY LEAD TO A DISMISSAL OF YOUR CASE**</u>

**PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon. Allen L. Gropper, United States Bankruptcy

Judge, on the  13th  day of   February,  2014 at  12:00 Noon in the United States Bankruptcy

Court, U.S. Customs House, One Bowling Green, New York, New York  10004.

Hearings on objections will be scheduled upon the receipt of written objections or

counterorders to be submitted to chambers by no later than close of  business on the business day

prior to settlement.

**OBJECTIONS TO PROPOSED ORDER**:

All objections to a proposed order MUST HAVE the settlement date of the

original notice typed or written on the first page in the upper right-hand corner of the document.

**COUNTER-PROPOSED ORDERS**:

All counter-proposed orders should be clearly denominated as such, with the

return date of the original proposed order in the upper right-hand corner of the first page.  A

copy of the transcript, if a  hearing was held, must be submitted with the counter-proposed order.

Dated: White Plains, New York
January 14th, 2014

 /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir (JLS0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. No. 914-328-6333**

**TO:**    United States Trustee
201 Varick Street
New York, New York 10014

Hui Jun Wang
2117 Clinton Avenue
Bronx, New York 10457

Stout Street Fund I, L.P.
1200 17th Street #800
Denver. Colorado  80202

Stout Street Fund I, L.P.
c/o Perkins Coie LLP
30 Rockefeller Plaza
New York, New York 10112

Yihua Ci
141-19 Cherry Avenue
Flushing, New York 11355

18 M.S. Realty .
2117 Clinton Avenue
Bronx, New York 10456

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                          Chapter 13
                                                Case No. 13-13827 ALG

**HUI JUN WANG,**


                        Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>ORDER DISMISSING CHAPTER 13 CASE</u>

The Court finds that cause exists to dismiss this case under

11 U.S.C. §1307(c )(1) in that the debtor has caused unreasonable delay that is prejudicial to

creditors by:

      a.    failing to be examined at the meeting of creditors scheduled pursuant to

11 U.S.C. §341(a); and

      b.    failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under

11 U.S.C. §1307(c )(3) in that the debtor failed to timely file a plan under 11 U.S.C. §1321 and

Federal Rules of Bankruptcy Procedure 3015(b);

The Court further finds that cause exists to dismiss this case under

11 U.S.C. §1307(c )(4) in that the debtor has failed to remit timely plan payments to the Chapter

13 trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with

11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with

11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal

and state tax returns for the most recent tax years preceding the commencement of the case,

within seven (7) days prior to the meeting of creditors scheduled pursuant to 11 U.S.C. §341(a)

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307(c )(1), (c )(3), (c )(4), 521(i) and 521(e)(2)(B), this

Chapter 13 case is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

|  |  |
|---|---|
|  | Chapter 13 |
|  | Case No. 13-13827 ALG |
| **HUI JUN WANG,** |  |
|  | **TRUSTEE'S AFFIDAVIT** |
| Debtor(s) |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK            )
COUNTY OF WESTCHESTER  )    ss.:

Jeffrey L. Sapir, being duly sworn, deposes and says:

1.        He is the standing Chapter 13 Trustee.

2.        The debtor filed a Chapter 13 proceeding on November 25th, 2013.

3.        The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1),

(c)(3) and (c)(4).

4.        The debtor is in violation of  11 U.S.C.§521(i) of the Bankruptcy Code which

requires the debtor to file schedules, statement of financial affairs, payment advices and evidence of

other payments received within 60 days, and the "means" test.

5.        The debtor is in violation of §521(e)2(A)(i) of the Bankruptcy Code which

requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors* ,copies of

federal and state tax returns for the most recent years preceding the commencement of the case,

to wit, 2010, 2011 and 2012.

6.        The debtor failed to timely file a plan in violation of Bankruptcy Rule 3015(b),

and  schedules in violation of Bankruptcy Rule 1007(c).

7.        The debtor failed to remit timely proposed plan payments to the trustee,

having remitted -0- payments, and being, at this juncture, one month in arrears.

        8.     The debtor appeared but failed to be examined at the initial 341(a) meeting of creditors.

        9.     The debtor failed to provide the trustee with the required documentation, to wit, appraisals.

        10.     The debtor has created unreasonable delay that is prejudicial to creditors.

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case pursuant to 11 U.S.C. §§1307(c )(1); (c )(3) and (c )(4), 11 U.S.C.521(i), and 521(e)2(A)(i),  be signed.

                        /s/ Jeffrey L. Sapir
                        **Jeffrey L. Sapir**

Sworn to before me this
14th  day of  January, 2014
  /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of  New York
No. 02KA4836806
Qualified in Westchester County
Term Expires:  10/31/17

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                    Chapter 13
                                                          Case No. 13-13827 ALG

**HUI JUN WANG,**


                                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


### AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )  ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in the

County of Westchester, State of New York. On January 14th, 2014, I served a true copy of the within

document, to the herein listed parties at the address(es) designated for that purpose, by mailing same

in a properly sealed envelope with postage prepaid thereon, in an official depository of the United

States Postal Service within the State of New York to the following:

**TO:**   United States Trustee
       201 Varick Street
       New York, New York 10014

       Hui Jun Wang
       2117 Clinton Avenue
       Bronx, New York 10457

       Stout Street Fund I, L.P.
       1200 17th Street #800
       Denver. Colorado 80202

Stout Street Fund I, L.P.
c/o Perkins Coie LLP
30 Rockefeller Plaza
New York, New York 10112

Yihua Ci
141-19 Cherry Avenue
Flushing, New York 11355

18 M.S. Realty .
2117 Clinton Avenue
Bronx, New York 10456

  /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
14th   day of  January,  2014

  /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No.02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14