Objection to Trustee's motion

Feb. 5, 2014

Re: Case No. #13-13827 ALG

Dear Hon. Allen L. Gropper:

    I asked a permission from Hon. Allen Gropper allow me submit the all required papers to bankruptcy court late for the following reasons:

    Please be advised that I, debtor, Hui Jun Wang has filed for bankruptcy on Nov. 25, 2013. However, the creditor, Stout Street Fund ILP and successful bidder illegally locked me out of the premises at 2117 Clinton Ave. Bronx, 10456 on Nov. 27, 2013 without having a closing, and transfer the title to their name as well as without having any eviction notice from the housing court, therefore, I left my tax returns, bank statement, all schedules completed for Bankruptcy court, ID, closing, jewrly, furniture and social security card inside of the premises, tenant, Shelly Cao and super, Jose Rose also locked out. Shelly Cao and Jose Rose went to Referee's office to get the key for me, Referee called the creditor's attorney and refused to give the key to them and told them that creditor and successful bidder were going to keep the keys. Up today, I still have not received a key from them and they stole my mails. Therefore, I could not submit the papers on time, all my schedules are completed, but I need more time to get the key or open the door from the order of the court in order to submit the all papers that trustee required.

    I went to the bankruptcy court, the clerk told me that I have to write a letter to judge to ask for a permission to submit the paper late with good reasons from the judge Allen L. Gropper before I submit the papers to the court. As matter of law, creditor, Stout Street Fund, ILP and successful bidder violated Bankruptcy code and the court hold them in contempt. Please guide yourself accordingly.

Very truly yours,

Hui Jun Wang - debtor

CC: Jeffrey L. Sapir Chapter 13 Truee

1